FILED by _CwlE_ D.C.
INTAKE

JUL 0 8 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# Case No. 09-61009-CIV-COHN/WHITE

# The attached hand-written document
# has been scanned and is
# also available in the
# SUPPLEMENTAL
# PAPER FILE

FILED by _____ D.C.
INTAKE

JUL 0 8 2009

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: _____

Esteban Montanez Junor
(Enter the full name of the plaintiff in this action)

CIV-COHN

MAGISTRATE JUDGE
WHITE

v.

Armor correctional Health inc
E, T AL
Broward canty Sheriff
office E T AL

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

Page 1 of 5

cat / div 50/1983 / FTL
Case # 09cv61009
Judge JIC     Mag PAW
Motn Ifp yes     Fee pd $
Receipt #

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

**I.   Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A.   Name of plaintiff: _Esteban montanez Junior_

Inmate #: _560900590_

Address: _sheriff North Jail  7471 NW 16 st_

_Pompano FL 33069_

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.   Defendant: _Armor correctional Health inc E,T,A L_

is employed as _____

at _____

C.   Additional Defendants: _Broward county sheriff office ET AL_

(Rev. 09 2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

_____

## II.    Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need.  Attach an additional blank page if necessary.

I am handicap and cover under ADA I feel
am been Discriminated against base on my
disability condition sense my Seizer (5-19-09)
my medical problem have me in a ADA
ready room so that Deputy barpone ere all
aware that I have medical issue that warrant
individualized ammenities to that come
in contact with me, and I shall receive Special
needs attention under no circumstances can
a person cover under the ADA be discriminated
against like they doing with me, I wrote grevence
and medical request, I have done everything by
the books, and I still havent had no result yet

(Rev. 39 2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Yet, I am intitle for adequated medical
assistance per the ADA I will be contacting
ADA association about unffair the treatment

## III.   Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

Compenatory Damages, Punitive Damages
Prespective Damages, Nominal Damages
$250,000 Individual and official Capaerty
Discrimination

## IV.   Jury Demand

Do you demand a jury trial?   (Yes)   No

(Rev. 09 2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this ____5____ day of ___July_____, 20 _09_

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: ___7-5-09_____

_____
(Signature of Plaintiff)