UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61009-CIV-COHN/WHITE

ESTEBAN MONTANEZ, JR.,

        Plaintiff,

vs.

ARMOR CORR. HEALTH, INC.,
ET AL.,

        Defendants.
_____/

## FINAL ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING AMENDED COMPLAINT

**THIS CAUSE** is before the Court upon the Report and Recommendation of

Magistrate Judge Patrick A. White [DE 10] ("Report").  Plaintiff, Esteban Montanez, Jr.,

has not filed any objections to the Report and the time for filing objections has passed.[1]

The Court has conducted a <u>de novo</u> review of the record and is otherwise fully

advised in the premises.   The Court agrees with the conclusion of Magistrate Judge

White.  The Amended Complaint should be dismissed pursuant to 28 U.S.C. §

1915(e)(2)(b)(ii) because Plaintiff has failed to state an arguable claim of deliberate

indifference against any of the defendants.   Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Magistrate Judge's Report and Recommendation [DE 11] is **ADOPTED**.

---

[1]    On October 14, 2009, Plaintiff sent a notice of inquiry to the Court asking whether the Court had received his amended complaint.  DE 12.  That notice of inquiry was filed with the Court on October 19, 2009.  <u>Id.</u>  Between the time that Plaintiff sent the notice and the Court filed it, Judge White issued his Report which was sent to Plaintiff's current address of record.

2.      The Amended Complaint [DE 10] is **DISMISSED WITH PREJUDICE**.

3.      The Clerk shall **CLOSE THIS CASE** and **DENY** all pending motions as **MOOT**.

        **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 25th day of November, 2009.


                                        JAMES I. COHN
                                        United States District Judge


Copies provided to the following:

All counsel on CM/ECF.

Esteban Montanez, Jr., *pro se*
No. 500900590
Paul Rein Detention Facility
P.O. Box 407003
Fort Lauderdale, FL 33340